UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO DURAN, | No. 2:17-cv-2122 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| SCOTT FRAUENHEIM, | |
| Respondent. | |

By order filed July 16, 2018, the undersigned ordered respondent to file a response to the petition within sixty days. ECF No. 17. The deadline for filing a response has now passed and respondent has neither responded to the petition nor sought an extension of the time for doing so. Although petitioner has a pending motion for stay (ECF No. 21), that motion, particularly in light of the recommendation that it be denied (ECF No. 22), did not relieve respondent of his obligation to file a response.

Accordingly, IT IS HEREBY ORDERED that within ten days of the filing of this order, respondent shall file a response to the petition.

DATED: September 24, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE