1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSE ANTONIO DURAN,                    No.  2:17-cv-2122 KJM AC P

12                    Petitioner,

13          v.                             ORDER

14   SCOTT FRAUENHEIM,

15                    Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas

18   corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as

19   provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On August 21, 2018, the magistrate judge filed findings and recommendations, which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within fourteen days.  ECF No. 22.  Petitioner has

23   filed objections to the findings and recommendations.  ECF No. 23.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court

26   finds the findings and recommendations to be supported by the record and by proper analysis.

27   /////

28   /////

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. The findings and recommendations filed August 21, 2018 (ECF No. 22), are adopted in

3 full;

4       2. Petitioner's motion for stay (ECF No. 21) is denied; and

5       3. This case is referred back to the assigned magistrate judge for all further pretrial

6 proceedings.

7 DATED:  September 25, 2018.

8

9 _____

          UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28