UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO DURAN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SCOTT FRAUENHEIM,<br><br>　　　　Respondent. | No. 2:17-cv-2122 KJM AC P<br><br><br>ORDER |

Petitioner has requested an extension of time to file a traverse. ECF No. 29. Good cause appearing, the request will be granted. In the motion petitioner also states that he has not received a decision on his motion for stay and abeyance. Id. at 1. The district court denied the motion on September 25, 2018. ECF No. 25.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 29) is granted.

2. Petitioner shall file a traverse within sixty days from the date of this order.

3. The Clerk of the Court is directed to serve plaintiff with a copy of the September 25, 2018 order denying his motion for stay (ECF No. 25).

DATED: November 14, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE